# United States Court of Appeals for the Federal Circuit

September 9, 2010

**ERRATA**

## IN RE BILL J. BONNSTETTER and SUSAN J. FRONK

2010-1163
(Serial No. 11/466,338)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences

Decided: September 8, 2010
Nonprecedential Opinion

Please make the following change:

Page 1, change "Raymond T. Chen, Solicitor argued for the Director of the United States Patent and Trademark Office" to "Scott C. Weidenfeller, Associate Solicitor".